IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD RAY GILBERT,

Plaintiff,

v.

PATRICK MCCOY,

Defendant.

Case No. 19-cv-747 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: December 11, 2020**  **MARGARET M. ROBERTIE, Clerk of Court**

*s/Tina Gray, Deputy Clerk*

**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**